In the United States Bankruptcy Court
for the Southern District of Georgia

In the matter of:                    )   Chapter 13
   DONNA S. VASQUEZ,        )   Case Number: 07-50081
     Debtor(s)                    )

## CHAPTER 13 PlAN AND MOTION

1. Debtor(s) shall pay to the Trustee the sum of $ __320.00__ for the applicable commitment period of:

(If applicable include the following): These plan Payments change to $ __.00__
Monthly on _____ ,2008.

[ ] 60 months
[ xx ] a minimum of 36 months. 1325 (b)(4).
[ ] 48 months.

2. From the payments so received, the Trustee shall make disbursements as follows:

   (a) The Trustee percentage fee as set by the United States Trustee.(Usually 6% to10% of the funds paid to the trustee).

   (b) Attorney fees allowed pursuant to 11 USC 507(a)(2) of **$2,500.00** to be paid in acordance iwth applicable General Orders of this Court.

| Upon Confirmation | Per month after confirmation | Entire amount will be paid on or before: |
|---|---|---|
| $500.00 | $ 200.00 | MAY, 2008 |

   © Section 507 claims, unless provided for otherwise in the plan will be paid in full over the life of the plan as funds become available in the order specified by law.

   (d)[ ] Monthly payments according to the contract on the following long-term debts. 1322(b)(5). (Payments which become due after the filing of the petition but before the month of the first payment designated here will be added to the prepetition arrearage claim):

**CREDITOR**    **MONTH OF FIRST TRUSTEE PAYMENT**   **INITIAL MONTHLY PAYMENT**

**or IN THE ALTERNATIVE:**

  [ ] Debtor will make post-petition payments according to the contract on the following long-term debts. 1322(b)(5):

**CREDITOR**    **COLLATERAL**    **MONTHLY PAYMENT ON FILING DATE**:

(E) Fully Secured Claims and Executory Contracts as set forth below:

| CREDITOR | COLLATERAL | ESTIMATED CLAIM | INT RATE | MONTHLYPAYMENT |
|---|---|---|---|---|
| AWARD FINANCE | '01 EXPLORER | $9,000.00 | 8% | $182.50 |

**(f) Undersecured Allowed Claims.** Debtor moves to value the collateral partially securing the following claims pursuant to Section 506 and provide payment in satisfaction of those claims as set forth below:

| CREDITOR | COLLATERAL | VALUATION | INT RATE | MONTHLYPAYMENT |
|---|---|---|---|---|
| FIRST FRANKLIN | '97 Plym/94 CHEV | $2,000.00 | 0% | $ 0.00 |
| PERSONAL FIN | Nonexempt HHG | $ 0.00 | 0% | $ 0.00 |
| CHILD SUPPORT REC | TANF | $ 0.00 | 0% | $ 0.00 |

(g) Cure payments on allowed prepetition arrearage claims set forth below. Section 1322(b)(5):

    **CREDITOR**        **ESTIMATED PREPETITION CLAIM**

Will be cured as follows:

Creditor    Amount of Arrearage    Monthly Payment by Trustee to Cure Arrearage    Interest Rate

**(h) The following unsecured claims are classified to be paid at 100%**[ ] with interest at __0__ %[ ]without interest.

**(i) Allowed general unsecured creditors will be paid a** [ ] __10 %__ [XX] __0 %__ **dividend or**[XX] **a prorata share.**

3. Debtor will make Section 1326(a)(1) pre-confirmation lease and adequate protection payments for the benefit of the following creditors:
[ } Direct to the Creditor; or          [ X ] To the Trustee
CREDITOR                                 ADEQUATE PROTECTION OR LEASE PAYMENT AMOUNT

4. Debtor will pay all post-petition domestic support obligations direct to the holder of such claim identified here. Section 101(14A). Debtor requests Trustee to provide the statutory notice of Section 1302(d) to these claimants.
        CREDITOR                                 ADDRESS

5. Other provisions:
**(a) Debtor requests permission to pay filing fees in installments IN THE AMOUNT OF $274.00 through the office of the Chapter 13 Trustee, if not paid in full at time of filing.**
**(b)** UNLESS LISTED DIFFERENTLY HEREIN, NO SECURED DEBT WILL BE PAID MORE THAN ZERO(0%) PERCENT INTEREST.
(C) CREDITORS HOLDING MORTGAGES SHALL RECORD ALL POST PETITION PAYMENTS AS CURRENT PAYMENTS ON DEBTOR'S MORTGAGE. NO POST PETITION PAYMENTS SHALL BE POSTED OR USED FOR ANYTHING BUT CURRENT MORTGAGE PAYMENTS. NO POST PETITION PAYMENTS SHALL BE ACCOUNTED FOR AS "SUSPENDED", "ESCROW", "LATE CHARGES", "FINANCE CHARGES", "ATTORNEY FEES", "INSPECTION FEES", "APPRAISAL FEES" OR ANY OTHER CHARGES EXCEPT CURRENT MORTGAGE PAYMENTS.
D) ANY DEFICIENCY AMOUNT AFTER SURRENDER MUST BE FILED WITHIN NINETY (90) DAYS OF DATE OF FILING OF THIS CASE OR TH DEFICIENCY WILL NOT BE ALLOWED, WILL NOT BE PAID THROUGH THE PLAN AND WILL BE DISCHARGED UPON COMPLETION OF THE PLAN.
(E) ANY LONG TERM DEBT THAT A MOTION FOR RELIEF IS GRANTED DURING THE CASE WILL BE DISCHARGED UPON COMPLETION OF THE CASE. ANY DEFICIENCY ON ANY LONG TERM DEBT MUST BE FILED WITHIN NINETY (90) DAYS OF THE ORDER GRANTING RELIEF OR THE SAME WILL NOT BE ALLOWED, WILL NOT BE PAID THROUGH THE PLAN AND WILL BE DISCHARGED UPON COMPLETION OF THE CASE.
(F) DEBTS TO CHILD SUPPORT ENFORCEMENT, IF ANY, SHOULD BE PAID THE SAME DIVIDEND AS THE OTHER UNSECURED CREDITORS PURSUANT TO 11 USC 1322 (a) (4).
(G )Any debts listed as contingent will be discharged upon completion of the plan.
(H) Any creditor with a 910 debt on any auto or a twelve (12) month claim on household goods shall be paid the payoff on the date of filing pursuant to contract interest rate calculated by simple interest from the date of the contract to the date of filing. From the date of filing forward the 910 claim will be paid the till rate of interest.No unearned interest or finance charges will be paid after the date of filing and any creditor who files a claim for unearned interest or finance charges will be paid after the date of filing and any creditor who files a claim for unearned interest is hereby on notice that 9011 sanctions and attorney fees will be sought.

6.Debtor moves to avoid pursuant to 11U.S.C. 522(f), debtor moves to avoid the liens of the following creditors, upon confirmation but subject to Section 349, with respect to the property described below:

| CREDITOR | PROPERTY |
|---|---|
| **PERSONAL FINANCE** | **HHG** |
| **FIRST FRANKLIN** | **HHG** |
| **COFFEE REGIONAL** | **Judicial Lien** |

7. The following collateral is surrendered to the creditor in [ ] FULL or [ X ] PARTIAL satisfaction of the creditor's claim:
CREDITOR          DESCRIPTION OF COLLATERAL          AMOUNT OF CLAIM SATISFIED

**\*Motion for RELIEF IS REQUIRED BEFORE THE DEBTOR WILL SURRENDER ANY PROPERTY.**

8. Holders of allowed secured claims shall retain the liens securing said claims to the full extent provided by Section 1325(a)(5).

9. The amount and secured or unsecured status of claims disclosed in this Plan are based upon debtor's best estimate and belief. An allowed proof of claim will supercede those estimated claims. Objections to claims may be filed before or after confirmation. Debtor will increae payments in the amount necessary to fund allowed claims as this Plan proposes, after notice from the Trustee and a hearing if necessary, unless a Plan Modification is approved.

DATED: 2-7-2007

                                        *Donna S. Vasquez*
                                        DONNA S. VASQUEZ