IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

|  |  |  |  |
|---|---|---|---|
| In re | DONNA S. VASQUEZ | * | Case No. 07-50081-JSD |
|  | Debtor | * |  |
|  |  | * |  |
|  |  | * | Chapter 13 |
|  | M. ELAINA MASSEY | * |  |
|  | Trustee | * |  |

FILED
JUN 2 6 2007
IN COURT

## MOTION TO STOP THE INCOME DEDUCTION ORDER OF CHILD SUPPORT

COMES NOW **DONNA S. VASQUEZ**, the Debtor, in the above-referenced Chapter 13 case and shows the Court the following:

1.

The Debtor filed a Chapter 13 Bankruptcy Petition on February 7, 2007.

2.

The Debtor filed a Proof of Claim for Child Support on April 11, 2007 in the amount of $21,000.

3.

Child Support has not filed an objection to said Proof of Claim.

4.

The Debtor's monthly payment to the Chapter 13 Trustee takes into account the claim of Child Support.

5.

Child Support continues to garnish the Debtor's wages pursuant to an income deduction order.

6.

The actions of the Child Support creditor hinders the effectiveness of the Debtor's Chapter 13 Bankruptcy and the Debtor's right to a fresh start.

7.

At the filing of the petition the income of the Debtor is property of the estate pursuant to 11 U.S.C. 541. Property of the estate includes all earnings of the Debtor pursuant to 11 U.S.C. 1306(a)(2). The Creditor's income deduction order is taking property of the estate.

8.

Additionally, at Confirmation the property of the estate vests in the Debtor and is free of any claim by a creditor pursuant to 11 U.S.C. 1327.

WHEREFORE, the Debtor moves this Court to enter an Order to stop Child Support's income deduction of the Debtor's wages.

This 26th day of June 2007.

*[signature]*
Clyde W. Royals
Attorney for Debtor
Ga Bar No 617690

612 Tebeau Street
Waycross, GA 31501
Telephone: 912-285-5011
Facsimile: 912-285-5026

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | | |
|---|---|---|---|
| In re | DONNA S. VASQUEZ | * | Case No. 07-50081-JSD |
| | Debtor | * | |
| | | * | |
| | | * | Chapter 13 |
| | M. ELAINA MASSEY | * | |
| | Trustee | * | |

## ORDER

The Debtor having filed a Motion to Stop the Income Deduction Order of the Child Support Creditor in the above styled case and the Creditor having failed to respond and it appearing to the court due to the default of the Creditor that the Income Deduction Order of the Child Support Creditor must immediately be withdrawn.

IT IS HEREBY ORDERED that the Debtor's Motion is sustained and the Income Deduction Order of the Child Support Creditor must be immediately withdrawn.

SO ORDERED this _____ day of _____, 2007.

_____
Honorable John S. Dalis
Judge, U.S. Bankruptcy Court
Southern District of Georgia

Prepared by:

*/s/*

_____
Clyde W. Royals
Ga. Bar No. 617690
612 Tebeau Street
Waycross, GA 31501
Telephone: 912-285-5011

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | | |
|---|---|---|---|
| In re | DONNA S. VASQUEZ | * | Case No. 07-50081-JSD |
| | Debtor | * | |
| | | * | |
| | | * | Chapter 13 |
| | M. ELAINA MASSEY | * | |
| | Trustee | * | |

### CERTIFICATE OF SERVICE

I, Clyde W. Royals, attorney for DONNA S. VASQUEZ, hereby certify that I have served by first class mail the within MOTION TO STOP THE INCOME DEDUCTION ORDER OF CHILD SUPPORT AND PROPOSED ORDER, on:

M. Elaina Massey
Chapter 13 Trustee
P.O. Box 1717
Brunswick, GA 31521

Thurbert Baker
Attorney General
40 Capitol Square SW
Atlanta, GA 30334-1300

Child Support Enforcement
Waycross Judicial Circuit
P.O. Box 1130
Waycross, GA 31502

by depositing the same in the United States mail, to said additional party(ies) in properly addressed envelopes with sufficient postage thereto affixed to insure delivery.

This 26th day of Jn_____, 2007.

Submitted by:

Clyde W. Royals
Attorney for Movant
GA. Bar No. 617690

612 Tebeau Street
Waycross, GA 31501
Telephone: 912-285-5011